KAREN COHEN KINNETT

VERSUS

JARRED BRANDON KINNETT

NO. 17-CA-625

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

August 21, 2020

Susan Buchholz
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Jude G. Gravois, and Robert A. Chaisson

**DENIED**

**FHW**
**JGG**
**RAC**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/21/2020** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**17-CA-625**

### E-NOTIFIED

Allison K. Nestor (Appellee)
Desiree M. Valenti (Appellant)
Thomas A. Robichaux (Appellant)

Leonard L. Levenson (Appellee)
Sharon L. Andrews (Appellant)
Ramona G. Fernandez (Appellee)

### MAILED

Honorable Jeffrey M. Landry (Appellee)
Attorney General
Louisiana Department of Justice
1885 North 3rd Street
6th Floor, Livingston Building
Baton Rouge, LA 70802

Ashley Fisher  (Appellee)
Elizabeth Fox  (Appellee)
Lindsay Dean  (Appellee)
Student Practitioner
Stuart H. Smith Law Clinic &
Center for Social Justice
7214 St. Charles Avenue
New Orleans, LA 70118

Tracy G. Sheppard (Appellee)
Attorney at Law
412 Dolhonde Street
Gretna, LA 70053

David J. Smith, Jr. (Appellee)
Jeffrey M. Wale (Appellee)
Assistant Attorney Generals
Louisiana Department of Justice
Post Office Box 94005
Baton Rouge, LA 70804-9005

Christian W. Helmke (Appellee)
Donna R. Barrios (Appellee)
Attorneys at Law
424 Gravier Street
New Orleans, LA 70130